NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: ELIAS ROSEN, MATTHEW SABATINO,**
*Appellants*

---

2018-1944

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 13/382,977.

---

**JUDGMENT**

---

MICHAEL JOHN TSIMARAS, Hoxie & Associates LLC, Milburn, NJ, argued for appellants. Also represented by MICHAEL STRAHER.

WILLIAM LAMARCA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, JOSEPH MATAL, ROBERT J. MCMANUS, MAI-TRANG DUC DANG.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* LOURIE and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 13, 2019                    /s /Peter R. Marksteiner
Date                               Peter R. Marksteiner
                                      Clerk of Court